IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01384-KMT

GREGORY A. RAEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, #[26] filed on March 30, 2016, by the Honorable Kathleen M. Tafoya, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the ALJ's denial of social security disability benefits is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, and against Plaintiff, Gregory A. Rael.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this 30th day of March, 2016.

          FOR THE COURT:

          Jeffrey P. Colwell, Clerk of Court

          By: s/ M. Ortiz
              M. Ortiz
              Deputy Clerk